_____FILED  _____ENTERED
_____LODGED _____RECEIVED

MAY 3 0 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLARENCE W. HEATH, et al. | : |
| v. | :    Civil Action WMN-98-3159 |
| PERDUE FARMS, INC. | : |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 29th day of May, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiffs' Motion for Summary Judgment on Damages, Paper No. 102, is GRANTED as to the claims of Plaintiffs Andrew Sheppard and Jessie Reddick;

2. That judgment is entered in favor of Jessie Reddick in the amount of $32,559.16 and in favor of Andrew Sheppard in the amount of $17,258.52;

3. That Defendant's Motion to Strike Errata, Paper No. 109, is DENIED;

4. That Defendant's Motion for Partial Summary Judgment on Damages Issues, Paper No. 104, is DENIED;

5. That this action is hereby CLOSED;

6. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final

judgment within the meaning of Fed. R. Civ. P. 58; and

7. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge